**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Kenneth SLAYTON, Defendant–**
**Appellant.**

**No. 08–50388.**

United States Court of Appeals,
Ninth Circuit.

Submitted Nov. 17, 2009.*

Filed Dec. 11, 2009.

Shawn Jeffery Nelson, Special Assistant U.S., Michael J. Raphael, Esquire, Assistant U.S., Office of the U.S. Attorney, Los Angeles, CA, for Plaintiff–Appellee.

Phillip Irwin Bronson, Esquire, Law Offices of Phillip I. Bronson, for Defendant–Appellant.

Kenneth Slayton, Sherman Oaks, CA, pro se.

Before: ALARCÓN, TROTT, and TASHIMA, Circuit Judges.

MEMORANDUM **

Kenneth Slayton appeals from his guilty-plea conviction and 72–month sentence for distribution of cocaine base in the form of crack cocaine, in violation of 21 U.S.C. § 841(a)(1), (b)(1)(iii). Pursuant to *Anders v. California,* 386 U.S. 738, 87

---

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

48

S.Ct. 1396, 18 L.Ed.2d 493 (1967), Slayton's counsel has filed a brief stating there are no grounds for relief, along with a motion to withdraw as counsel of record. We have provided the appellant with the opportunity to file a pro se supplemental brief. No pro se supplemental brief or answering brief has been filed.

Our independent review of the record pursuant to *Penson v. Ohio,* 488 U.S. 75, 80–81, 109 S.Ct. 346, 102 L.Ed.2d 300 (1988), discloses no arguable grounds for relief on direct appeal.

Accordingly, counsel's motion to withdraw is **GRANTED,** and the district court's judgment is **AFFIRMED.**